Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of various types of meters the classification of which is controlled by the principles set forth in *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 21, 1964

No. 68835.—G. R. S. Imports, Inc. *v.* United States, protest 64/1648 (St. Louis).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66651, the claim of the plaintiff was sustained.

No. 68836.—Novelty Import Co., Inc., et al. *v.* United States, protests 63/22701, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68837.—Mexican-American Import Co. *v.* United States, protests 128629-KS, 128630-KS, and 135613-KS (Laredo).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.

No. 68838.—Brown, Alcantar & Brown, Inc. *v.* United States, protests 62/688-S, etc. (El Paso).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

**No. 68839.**—Brown, Alcantar & Brown, Inc. v. United States, protests 63/4916–S, etc. (El Paso).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA, 7, C.A.D. 829), the claim of the plaintiff was sustained.

**No. 68840.**—Marion Shipping Co., Inc., et al. v. United States, protests 64/5515, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 21, 1964

**No. 68841.**—Zanin & Son, Inc. v. United States, protests 59/20174, etc. (New York).